# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **GOY T. BICHIOK,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:13-cv-1927-SLB-JEO |
| **S. LOBATO, et al,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on the Petition for Habeas Corpus initially filed by Goy Bichiok in the Western District of Washington ("Washington Petition"). (Doc. 1). On October 18, 2013, the case was transferred to the Northern District of Alabama and was assigned to the undersigned. (Doc. 21). However, Petitioner already has a petition for writ of habeas corpus pending in this district, Case Number 4:13-cv-1173-JHH-PWG ("Alabama Petition"), filed June 24, 2013. In short, Petitioner currently has two petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2241 pending in this court. A review of both petitions shows that Petitioner seeks identical relief in both cases. (*Compare* 4:13-cv-1173-JHH-PWG Doc. 1 at 10 *with* 4:13-cv-1927-SLB-JEO Doc. 5 at 14).

On November 5, 2013, the magistrate judge ordered Petitioner to show cause within fourteen days why this case should not be dismissed as duplicative of case number 4:13-cv-1173-JHH-PWG. Petitioner did not respond. The court finds that the instant petition is duplicative of the one filed in 4:13-cv-1173-JHH-PWG and is due to be dismissed as such. See *Joyner v. Baker*, CIV.A. 1:07-CV-2908T, 2008 WL 178584 (N.D. Ga. Jan. 17, 2008) (citing *Durbin v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551-52 (11th Cir.1986) for the proposition that in "order

to avoid duplicative litigation, a trial court may, in the exercise of its discretion, either stay or dismiss [a] duplicative action."); *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006) ("[A] court also has the inherent ability to dismiss a claim in light of its authority to enforce its orders and provide for the efficient disposition of litigation.").

    A separate order will be entered.

    **DONE** this 3rd day of December, 2013.

*/s/ Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE